NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Kerson v. Vermont Law School, Inc. Docket No.: 21-2904

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Lia Ernst

Firm: ACLU Foundation of Vermont

Address: PO Box 277, Montpelier, VT 05601

Telephone: 802-223-6304  Fax: 802-223-6304

E-mail: Lernst@acluvt.org

Appearance for: ACLU of Vermont/Amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Vermont Law School, Inc./Appellee )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on June 9, 2022 .

Signature of Counsel: /s/ Lia Ernst

Type or Print Name: Lia Ernst